# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case No. 1:22-cv-00704-LEK-ATB

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,

v.

SHADOWBROOK FARM LLC,

      Defendant.

_____

**<u>DECLARATION OF DANIEL DESOUZA</u>**

Daniel DeSouza does hereby declare pursuant to 28 U.S.C. § 1746:

1.      I submit this declaration in support of plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.'s ("<u>Plaintiff</u>") Motion for Default Final Judgment against defendant Shadowbrook Farm LLC ("<u>Defendant</u>").  This declaration and the facts stated herein are based upon my personal knowledge.

2.      I have been a member in good standing of the New York Bar since 2005 and the Florida Bar since 2006.  I am one of two principal shareholders of the law firm CopyCat Legal PLLC ("<u>CopyCat Legal</u>"), which has provided legal services to Plaintiff in this action throughout the pendency of this action.

3.      I am a 2004 graduate of the George Washington University Law School and am admitted to both the Florida Bar and the New York Bar.  I am likewise admitted to several federal courts throughout the country, including: (a) the United States Court of Appeals for the Eleventh Circuit; (b) the United States Court of Appeals for the Eighth Circuit; (c) the United States Court of Appeals for the Tenth Circuit; (d) the United States District Court for the Southern District of

Florida; (e) the United States District Court for the Middle District of Florida; (f) the United States District Court for the Northern District of Florida; (g) the United States District Court for the Southern District of Texas; (h) the United States District Court for the Eastern District of Texas; (i) the United States District Court for the Southern District of New York; (j) the United States District Court for the Eastern District of New York; (k) the United States District Court for the Northern District of New York; (l) the United States District Court for the Western District of Arkansas; (m) the United States District Court for the District of Nebraska; (n) the United States District Court for the District of New Mexico; (o) the United States District Court for the District of Colorado; (p) the United States District Court for the Eastern District of Michigan; (q) the United States District Court for the Western District of Michigan; and (r) the United States District Court for the Northern District of Illinois.  I previously worked at Milbank, Tweed, Hadley & McCloy LLP (from 2004 – 2010) and Becker & Poliakoff, PA (from 2010 – 2014) before forming DeSouza Law, P.A. in 2014 and CopyCat Legal in 2019.

4.     Since 2004, my practice has principally focused on business/complex commercial and intellectual property litigation.  During that time, I have served as counsel of record in dozens of copyright infringement, trade secret, and trademark infringement lawsuits.  In total, I have served as counsel of record in approximately 250 federal civil and/or bankruptcy actions and 250+ state court lawsuits in Florida/New York.

5.     The purpose of this declaration is to memorialize the fees for legal services, costs, and expenses provided by CopyCat Legal in the above-captioned case through the present date.

6.     CopyCat Legal establishes standard hourly rates for services provided by its attorneys.  These rates are within the range charged by other lawyers in South Florida and are fair and reasonable rates for this type of work.

7.     I am familiar with the services provided to Plaintiff in this action and the rates charged for such work.

8.     The attorneys and paralegals at CopyCat Legal record the time spent on matters contemporaneously on electronic billing software/time sheets.  Each time entry includes the date the work is performed, the client and matter numbers, the time spent, and a brief description of the nature of the work performed.

9.     Through the present date, I expended 4.45 hours of attorney time in prosecuting this matter on Plaintiff's behalf, and a paralegal Hali Thomas expended 0.55 hours of time in prosecuting this matter on Plaintiff's behalf. This includes the time spent to investigate the alleged infringement, drafting an initial notice letter to Defendant, drafting the Complaint in this matter, attempting to contact Defendant, drafting the Motion for Clerk's Default, drafting the Motion for Entry of Default Judgment, and drafting the exhibits/supporting declarations for such motion.  All of these time entries are reflected in CopyCat Legal's billing records that are being provided in connection herewith as **Exhibit "1."**

10.    My billable rate for copyright/intellectual property matters at CopyCat Legal is $450.00 per hour, and the rate for paralegals is $125.00 per hour.  This rate is within the range constituting the "forum rate" generally applied by courts in the New York federal courts for attorneys of similar experience.  See Farrington v. Jewish Voice Inc., No. 21-CV-1575 (NGG) (AYS), 2022 U.S. Dist. LEXIS 21812, at *15 (E.D.N.Y. Feb. 7, 2022) ("In copyright cases, courts in this district have approved rates between $350 and $500"); Pyatt v. Raymond, 2012 U.S. Dist. LEXIS 58879, at *16 (S.D.N.Y. Apr. 25, 2012) (collecting cases approving $400 to $650 hourly rates for partners in copyright and trademark cases); Bass v. Diversity Inc. Media, No. 19-cv-2261 (AJN), 2020 U.S. Dist. LEXIS 93318, at *14 (S.D.N.Y. May 28, 2020) ("A review of cases in this District and in

the Eastern District of New York suggests that courts have approved associate rates of $350 and up to $500 for partners in copyright cases."); Tetra Images, LLC v. Grahall Partners, LLC, No. 19-CV-05250 (PMH), 2021 U.S. Dist. LEXIS 125809, at *10-11 (S.D.N.Y. July 6, 2021) (in copyright infringement case, finding $475.00 hourly rate for managing partner in Florida and $450.00 hourly rate for partner in New York office to be reasonable); McLaughlin v. IDT Energy, No. 14 CV 4107 (ENV)(RML), 2018 U.S. Dist. LEXIS 128347, at *51-53 (E.D.N.Y. July 30, 2018) (finding award of rates typical to the Eastern District and noted to be: "$550 for partners/equity owners with more than thirty years of experience, $500 for partners/equity owners with more than fifteen years of experience, $450 for partners/equity owners with more than ten years of experience, $400 for senior associates/associates with more than ten years of experience, $350 for senior associates/associates with six to nine years of experience, $300 for associates with three to five years of experience, $250 for associates with fewer than three years of experience"); Schwartz v. United States DEA, No. 13-CV-5004 (CBA) (ST), 2019 U.S. Dist. LEXIS 34165, at *26-27 (E.D.N.Y. Mar. 1, 2019) (awarding $500 hourly fee to partner litigating FOIA litigation, and listing awards of between $500 and $655 per hour for partners handling complex litigation); Nat'l Envtl. Saf. Co. v. Katz, No. 18-cv-02161 (JMA) (GRB), 2019 U.S. Dist. LEXIS 76044, at *5 (E.D.N.Y. May 6, 2019) (award based upon $500-$600 hourly rate to partners and $300 hourly rate for associates litigating breach of contract case).

11.     Further, the hourly rates for both myself and for CopyCat Legal's paralegals have previously been found to be reasonable by multiple federal courts.  See, e.g., Patriot Fine Foods, at pp. 11 – 12 ("In light of counsel's experience (see id. ¶¶ 2–5), and the prevailing market rates, and Defendant's failure to oppose the reasonableness of the rate, I find that the proposed hourly rate of $450 is reasonable based upon the facts and circumstances of this case, including

Defendant's default."); <u>Afford. Aerial Photography, Inc. v. Elegance Transp., Inc.</u>, No. 6:21-cv-1166-CEM-LHP, 2022 U.S. Dist. LEXIS 32586, at *29 (M.D. Fla. Feb. 23, 2022) (finding undersigned counsel's $450.00 hourly rate and Ms. Thomas' $125.00 hourly rate to be reasonable in copyright infringement case); <u>Temurian v. Piccolo</u>, No. 18-CV-62737-SMITH/VALLE, 2021 U.S. Dist. LEXIS 63144, at *6 (S.D. Fla. Mar. 30, 2021) (in commercial litigation case, finding undersigned counsel's $400.00 hourly rate reasonable for work performed from 2018 – 2020).

12.     I am familiar with the lodestar method of determining the reasonableness of attorneys' fees.  The above-described fees are reasonable for the services provided to Plaintiff.

13.     In addition, CopyCat Legal incurred $512.00 in actual costs on Plaintiff's behalf in connection with pursuing this lawsuit, all of which is properly taxable.  Invoices for such are attached hereto as **<u>Exhibit "1"</u>** and separately on Plaintiff's Bill of Costs.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 21, 2022                    /s/ Daniel DeSouza_____
                                                              Daniel DeSouza

**EXHIBIT "1"**

**Copycat Legal PLLC**
3111 N University Drive
Suite 310
Coral Springs, FL 33065
877-437-6228



**Prepared Food Photos, Inc.**
38 Church Street
Pawtucket, RI 02860
United States

| | |
|---|---|
| **Balance** | $2,583.25 |
| **Invoice #** | 00121 |
| **Invoice Date** | September 21, 2022 |
| **Payment Terms** | |
| **Due Date** | |

---

**Prepared Food Photos v Shadowbrook Farm LLC**

**Time Entries**

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 07/01/2022 | DD | Time | edited complaint to be filed in the N.D.N.Y. | $450.00 | 0.30 | $135.00 |
| 07/03/2022 | HT | Time | filed complaint in N.D.N.Y. | $125.00 | 0.15 | $18.75 |
| 07/14/2022 | HT | Time | sent summons and complaint to process server | $125.00 | 0.10 | $12.50 |
| 07/25/2022 | HT | Time | sent follow-up to process server | $125.00 | 0.10 | $12.50 |
| 08/16/2022 | DD | Time | drafted corporate disclosure | $450.00 | 0.15 | $67.50 |
| 08/17/2022 | HT | Time | filed corporate disclosure | $125.00 | 0.10 | $12.50 |
| 08/26/2022 | DD | Time | filed return of summons with the court | $450.00 | 0.10 | $45.00 |
| 08/31/2022 | DD | Time | drafted clerk default and filed it | $450.00 | 0.50 | $225.00 |
| 09/14/2022 | DD | Time | drafted motion for final default judgment | $450.00 | 3.40 | $1,530.00 |
| 09/21/2022 | HT | Time | filed motion for default final judgment | $125.00 | 0.10 | $12.50 |
| | | | | Totals: | **5.00** | **$2,071.25** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 07/03/2022 | HT | Complaint Filing Fee | Complaint filed in the Northern District of New York | $402.00 | 1.0 | $402.00 |
| 08/26/2022 | LH | Process Server | Service of Process by Professional Investigations & Process Services Inc. invoice # 14235 | $110.00 | 1.0 | $110.00 |
| | | | | Expense Total: | | **$512.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $2,071.25 |
| Expense Sub-Total: | $512.00 |
| **Sub-Total:** | $2,583.25 |
| **Total:** | $2,583.25 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$2,583.25** |

# Professional Investigations & Process Services Inc.

**INVOICE**

14235

**Invoice No:**

PO Box 945
Rome, NY 13442
Email: rperoni@pipsisecurity.com

Office Toll Free: 1-877-545-3555
Cell: 315-335-2000
Fax: 315-339-5111

Please make checks payable to: P.I.P.S.I. Submit Canary Copy with Payment

**Date:** 8/15/22

**Bill To:**
Copy Cat Legal

**Terms:** Due Upon Receipt / 5% After 14 Days
We accept PAY PAL on web site
We serve all of New York State and the Nation upon request 24/7

www.pipsisecurity.com

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Prepared Food photo's Inc VS | | |
| Shadowbrook Farm Inc | | |
| | | |
| Serval: | | |
| S+C | | |
| UPON | | |
| — Shadowbrook Farm Inc — | 8/9/22 | 65·00 |
| c/o NYS SoS | | |
| 99 Washington Ave | | |
| Albany NY, 12210 | | |
| **File Papers:** | | |
| **Locate:** | | |
| **Copies:** | — 8/9 | 5·00 |
| **RUSH:** SoS Fee | 8/9 | 40·00 |
| **Postage:** | | |
| **Mileage:** miles@ per mile: | | |
| **Thank You For Your Business** | **TOTAL** | 110.00 |

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE, DEPARTMENT OF STATE, DIVISION OF LICENSING SERVICES

White Copy - Client        Canary Copy - Submit With Payment (Please Write Invoice # on Check)        Pink Copy - Office